UNITED STATES COURT OF INTERNATIONAL TRADE         FORM 1

ALPINE CORPORATION

    **Plaintiff,**

v.

UNITED STATES,

    **Defendant.**

**S U M M O N S**

Court No. 24-00133

TO: The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



/s/ Mario Toscano
Clerk of the Court

## PROTEST

| | | | |
|---|---|---|---|
| Port(s) of Entry: | Los Angeles | Center (if known): | |
| Protest Number: | 2704-22-163414 etc. | Date Protest Filed: | 12/06/2022 |
| Importer: | Alpine Corporation | Date Protest Denied: | 2/09/2024 |
| Category of Merchandise: | Pumps | | |

## ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 820-8811923-3 | 3/09/2022 | 10/28/2022 | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Elon A. Pollack
STEIN SHOSTAK SHOSTAK POLLACK & O'HARA LLP 865 S. FIGUEROA STREET, SUITE 1388
LOS ANGELES, CA 90017
TEL: (213)630-8888 Email: elon@steinshostak.com

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Pumps | 8413.70.2004 (9903.88.01) | Free 25% | 8413.70.2004 (9903.88.67) | Free No 301 Tariff |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:
Although the imported pumps are eligible for an exclusion under HTSUS 9903.88.67, Customs denied the claim for the importer's failure to substantiate the claim.

The issue which was common to all such denied protests:
Whether the imported pumps are eligible for an exclusion from additional duties imposed under §301.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/ Elon A. Pollack

*Signature of Plaintiff's Attorney*

August 1, 2024

*Date*

## SCHEDULE OF PROTESTS

Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 2704-22-163414 | 12/6/2022 | 2/09/2024 | 82088119233 | 3/09/2022 | 10/28/2022 | 2704 |
| 2704-22-163432 | 12/6/2022 | 2/09/2024 | 82088097603 | 11/23/2021 | 10/21/2022 | 2704 |
| 2704-22-163432 | 12/6/2022 | 2/09/2024 | 82088096324 | 11/18/2021 | 10/14/2022 | 2704 |
| 2704-22-163432 | 12/6/2022 | 2/09/2024 | 82088098023 | 12/08/2021 | 10/21/2022 | 2704 |
| 2704-22-163432 | 12/6/2022 | 2/09/2024 | 82088097694 | 12/08/2021 | 10/21/2022 | 2704 |
| 2704-22-163432 | 12/6/2022 | 2/09/2024 | 82088097736 | 12/08/2021 | 10/21/2022 | 2704 |
| 2704-22-163432 | 12/6/2022 | 2/09/2024 | 82088096464 | 11/18/2021 | 10/14/2022 | 2704 |
| 2704-22-163432 | 12/6/2022 | 2/09/2024 | 82088097587 | 12/02/2021 | 10/28/2022 | 2704 |
| 2704-22-163432 | 12/6/2022 | 2/09/2024 | 82088097116 | 12/20/2021 | 10/21/2022 | 2704 |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)